PROB 12A
(7/93)

# United States District Court

для the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 21 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Dale Sylvester Queahpama          Case Number: 2:01CR02084-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 12/18/2001               Type of Supervision: Supervised Release

Original Offense: Crime on Indian Reservation, Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 & 18 U.S.C. 2243(a)          Date Supervision Commenced: 11/8/2002

Original Sentence: Prison - 15 Months; TSR - 36 Months          Date Supervision Expires: 11/7/2005

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #8**: You shall abstain from the use of illegal controlled substances and alcohol. |
| | **Supporting Evidence**: During a polygraph examination on September 20, 2005, Mr. Queahpama admitted to drinking one beer during a family gathering in April 2005. The defendant reported no alcohol consumption since then. |

**U.S. Probation Officer Action**:

Mr. Queahpama has successfully completed several substance abuse treatment programs while on supervision. He is currently employed at Yakama Forest Products in White Swan, Washington, and continues to reside at his listed residence with his mother. As a corrective measure, the defendant has agreed to attend Alcoholics Anonymous meetings on a weekly basis for the remainder of his term of supervised release, which is scheduled to expire on November 7, 2005.

Based on the above information, this officer respectfully recommends no action be taken at this time.

Prob12A
Re: Queahpama, Dale Sylvester
October 13, 2005
Page 2

Respectfully submitted,

by _____
Jose Vargas
U.S. Probation Officer
Date: October 13, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

10/21/2005
Date